IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christople Davis
  Plaintiffs

v.                    23 CV 6556

Cagbabuana et al.,
  Defendants.

**FILED JUL 25 2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

PLAINTIFFS RESPONSE TO DEFENDANTS ANSWER
TO PLAINTIFF'S COMPLAINT

NOW COMES plaintiff, Christople Davis, prose, and response to Defendants, plaintiff states as follows:

INTRODUCTION

Defendants, through his attorney Kimberly M. Foxx, state's Attorney of Cook County, by her Assistant states Attorney Johnnetta Byers alleges under Section 1997e(a) of the prisoner Litigation Reform Act (PLRA), Plaintiff must exhaust his administrative remedies before filing a section 1983 lawsuit for damages that plaintiff has not exhausted his administrative remedies, Plaintiff has requested compensatory damages but did not say whether that included mental distress, Plaintiff failed to mitigate his damages, plaintiff filed his claims after the two-year statute of limitations, and plaintiff released any claims arising prior to the execution of the settlement agreements.

1

# Plaintiffs Response/Defenses
## 42 U.S.C §1997e(a) Exhausting Remedies

1. Under Section 1997e(a) of the prisoner Litigation Reform Act (PLRA), Plaintiff filed his Individual In Custody Grievance Form on July 21, 2023. On August 15, 2023 plaintiff Appealed his request on the Individual In Custody Grievance Response/Appeal form (See attached exhibit A) & (See attached exhibit B) exhausting his administrative remedies before his complaint that was filed on August 29, 2023 (see Complaint 23-CV-06556)

## 42 U.S.C §1997e(e) Damages

2. Under Section 1997e(e) of the PLRA, on the Individual In Custody Grievance Response/Appeal form, section "Response by personnel Handling referral" Lt. Meller admits that plaintiff was left handcuffed inside his cell and that Incident, was Documented "DIV9-7023-16141" (See attached exhibit B). Plaintiff has stated In his complaint that he was Mentally and pysically tortured in paragraph 18 (See Complaint 23-CV-06556 paragraph 18) and was taking to Cermak Health Service (a JR hospital inside Cook County Jail) were he was treated for the injuries he suffered (See Complaint 23-CV-06556 paragraphs 21, 22).

### Statute of Limitation

3. plaintiff injury/incident occurred on July 20, 2023 and filed his complaint on August 29, 2023 a month and few days later complying with the statute of Limitation before the two-year statute from the date of accrual. (See Attached Exhibit A) & (See Plaintiff Complaint 23-CV-6556)

### Release

4. Plaintiff Davis and states Attorney Johnnetta Byers made a Settlement Agreement only for case Number 23 CV 4316, Davis v. Szul et, al. and that All other Cases plaintiff had pending he can proceed with All pending cases. Plaintiff was under the assumption he did not release All other claims. (See Attached Exhibit C - AFFIDAVIT)

### Mitigate

5. Plaintiff did his duty to mitigate his damages. On July 21, 2023 plaintiff used ordinary care to obtain medical treatment in an effort to be cured of for his injuries at Cook County Cermak Health Services (Jr. Hospital inside Cook County Jail) (See Complaint 23 CV 6556 paragraphs 21 & 22)

## JURY DEMAND

Plaintiff respectfully request a trial by Jury.

WHEREFORE, plaintiff Davis, respectfully request that this Honorable Court enter an order NOT TO DISMISS plaintiff's Amended Complaint.

Respectfully Submitted<br>
Christople Davis<br>
3210 W. Arthington ST<br>
Chgo, IL. 60624<br>
7/17/24

4

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Alguacil del Condado de Cook)
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

**CONTROL #:** 2023 X 2027
**Individual In Custody SHORT #:** 6373599

### ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (! Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

332

- ☐ Cermak Health Services
- ☒ Superintendent: Q 9
- ☐ Other: _____

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** DAVIS
**PRINT - FIRST NAME:** Christople
**BOOKING NUMBER:** 20211123111
**DIVISION:** 9
**LIVING UNIT:** 2G
**DATE:** 7-21-23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas
Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 7-20-23 | 6:45 p.m | Div 9-2G-cell# 2082 | OFC. Cacbaguana |

**Failure to protect:** On the above date and around apprx time Officer Cacbaguana and unknow staff assign to Div 9-Tier 2G violated IIC Davis Eighth Amendment right and was negligent to his safety and care. Officer Cacbaguana and unknow staff left IIC Davis handcuff inside his cell in a max division which Davis also had a cellmate. These conditions deprived Davis of Life's necessities/basic human needs, medical care and reasonable safety. Davis suffer cruel and unusual punishment by the handcuffs tightening around his wrists that tore his skin and swollen both hands, couldn't take bowel movement, suffer back, shoulder, neck, chest pain having to sleep handcuff up until 7-21-23

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
Irell Dickens, OFC Smith, Sgt Franzo, OFC Bastrzyk

**SIGNATURE of Individual in Custody:** Christople Davis

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** Jerrell
**SIGNATURE:** [signature]
**DATE CRW RECIEVED:** 7-27-23
**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

(FCN-07) (FEB 23)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**: 2023 X 12027
**Individual In Custody SHORT #**: 039599

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

- ☐ Emergency Grievance
- ☒ Grievance — 332
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: 9
- ☐ Other:

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME**: Davis
**PRINT - FIRST NAME**: Christople
**BOOKING NUMBER**: 20211123111
**DIVISION**: 9
**LIVING UNIT**: 2G
**DATE**: 7-21-23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

[guidelines text in English and Spanish]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 7-20-23 | 6:45 p.m. | Div 9-2G-cell #2082 | OFC: Cacbaquana |

around 8:40 A.M. when OFC Bastrzyk and unknown staff working 7AM-3pm shift let Davis out of his cell. Davis is traumatized mentally, physically and emotionally. Sgt Franzo was notified were he reviewed camera footage and wrote an report and also interview me by video body camera. This is an unsafe invironment. Please check and save all tier and body camera footage from around above time and date until 7-21-23 to around 9:00 A.M. Davis also has major headache were he has blackouts/seizures he feared for his life safety being in a cell unable to protect himself from a cellmate that is charged with murder and been incarcerated for about 6yrs. He could have been raped.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT**: OFC Stainsenski, C. Irell Dickens, OFC Smith, Sgt Franzo, OFC Bastrzyk

**SIGNATURE of Individual in Custody**: Christople Davis

**CRW NAME (Print)**: Jenu
**SIGNATURE**: Jenu
**DATE CRW RECIEVED**: 7.27.23



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*


EXHIBIT B

**CONTROL NUMBER:** 2023X2027
**Individual In Custody SHORT #:** 032359
**PRINT: CRW LAST NAME:** Jewell

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Davis
**Individual In Custody FIRST NAME:** Chudgeli (?)
**BOOKING ID #:** 2021112 3111

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 332 Handcuffs

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services):* OP
**DATE REFERRED:** 7/28/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Incident Documented DJIR-2023-16191. Investigation is being conducted however IIC never told any officer he was wearing handcuffs.

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#** Lt Mueller 62
**SIGNATURE:** [signed]
**DIV./DEPT.:** 4
**DATE:** 8/14/23

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY
*(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE:** [signed] Chis Davis
**DATE RESPONSE WAS RECEIVED:** 8/15/23

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:**
**DATE OF APPEAL REQUEST:** 8/15/23

I did tell officer Eagbabyana I was handcuffed, and officers shouldn't lack leaving handcuffs on detainees its a safety issue. I would like to be compensated 100,000.00 for my injuries

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?** Yes / (No)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

R/Dir unable to substantiate IIC claims. Griev. procedure does (NOT) award compensation.

**IIC SERVICES DIRECTOR/DESIGNEE:** Mueller
**SIGNATURE:** [signed]
**DATE:** 8/16/23

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** AUG 18 2023

(FCN- 08 )(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF ILLINOIS
EASTERN DIVISION

Christople Davis
    Plaintiffs

vs.

Cagbabuana et al.
    Defendants.

Case No. 23 CV 6556

## AFFIDAVIT

State of Illinois
County of Cook ) AFFIDAVIT OF Christople Davis

    I Christople Davis, being first duly sworn, deposes as follows:

1. Plaintiff Christople Davis had a settlement conference with Asistant state's Attorney JohnNetta Byers Containing Case Number 23 CV 4316, Davis V. Szul et. al

2. Plaintiff Christople Davis and JohnNetta Byers made a settlement Agreement only for Case Number 23 CV 4316, Davis V. Szul et. al.

3. JohnNetta Byers said to plaintiff Christople Davis that all of his pending lawsuit/cases will still be pending and do not have anything to do with the settlement Agreement for case number 23 CV 4316, Davis V. Szul et. al.

1

4. Plaintiff Christople Davis told JohnNetta Byers he will Not Agree to settle oN case Number 23 c 4316, Davis V. Szul et.al unless it was just for Davis V. Szul, and all is other pending case will still be pending.. JohnNetta Byers agreed to the deal.

5. Plaintiff was under the assumption All his pending cases had Nothing to do with case Number 23 c 4316 Davis V. Szul and that he can proceed with all his other pending cases

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of my knowledge, are true and correct.

Dated this 17TH day of July, 2024

*Christople Davis*
signature

UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF ILLINOIS

_Christople Davis_, )
      Plaintiff, )
          )
v.              ) Case No. __23 CV 6556__
          )
_Cagbabuana et al_, )
      Defendant, )

## NOTICE OF FILING

To: _Clerk of District Court_
    _219 S. Dearborn St_
    _Chgo, IL 60604_
(Original & 1 copy)

To: _Johnnetta Byers (ASA)_
    _500 Richard J. Daley Center_
    _Chgo, IL. 60602_
    _johnnetta.byers@cookcountyil.gov_
(1 copy)

**PLEASE TAKE NOTICE** that on the date below indicated, I have served thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. _Plaintiff Response to Defendants Answer to plaintiff's complaint_
2. _Plaintiff's Response to Defendants Motion for Judgment on the pleadings_
3. _Affidavit of Christople Davis_
4. _____

## AFFIDAVIT OF SERVICE

State of Illinois    )
                   ) ss.
County of _Cook_   )

I, _Christople Davis_, being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in seal envelope(s) addressed as shown above, and by depositing said envelopes(s) in the box designated for U.S. Mail at _Crossroads A.T.C_ . . _____ together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this day of _July 17_, 20_24_.

Subscribed and sworn to before me
this _____ day of _____, 20___.

/s/ _Christople Davis_ AFFIANT
Register NO. _R31569_
_Crossroads A.T.C_
_3210 W. Arthington_
_Chgo, IL 60624_

_____
NOTARY PUBLIC

Christople Davis # R31569
Crossroads A.T.C
3210 W. Arthington St
Chgo, IL. 60624

OFFICE OF
CLERK OF THE U.S. District Court
219 S. Dearborn Street
Chgo, IL. 60604


07/25/2024-3

Legal Mail

RECEIVED
2024 JUL 25  AM 8:46